IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A. successor to National City Bank, N.A. | | |
| Plaintiff, | | |
| vs | | No. 19-cv-602 |
| 650 Church Street, LLC | | |
| Defendants. | | |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES OF THE PLAINTIFF

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Court of Northern Illinois, PNC Bank, National Association, Successor In Interest Via Merger To National City Bank, (the "Plaintiff") hereby submits its Notification as to Affiliates, and states that it is a wholly owned subsidiary of PNC Bancorp, Inc., a Delaware corporation, which is a wholly owned subsidiary of The PNC Financial Services Group, Inc., a Pennsylvania corporation.

PNC Bank, N.A. successor to National City Bank, N.A.

By: /s/ Matthew Hendricksen
One of its Attorneys

James M. Crowley (6182597)
Matthew L. Hendricksen (6296720)
Plunkett Cooney, PC
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@plunkettcooney.com
**mhendricksen@plunkettcooney.com**

1